IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. 08-cv-1460-AP

**COLORADO ENVIRONMENTAL COALITION;**
**COLORADO MOUNTAIN CLUB;**
**COLORADO TROUT UNLIMITED;**
**CENTER FOR NATIVE ECOSYSTEMS;**
**ROCK THE EARTH;**
**NATURAL RESOURCES DEFENSE COUNSEL;**
**NATIONAL WILDLIFE FEDERATION;**
**SIERRA CLUB;**
**THE WILDERNESS SOCIETY**; and
**WILDERNESS WORKSHOP**,

    Plaintiffs,

v.

**DIRK KEMPTHORNE**, in his official capacity as Secretary of the Department of Interior;
**BUREAU OF LAND MANAGEMENT**;
**SALLY WISELY**, in her official capacity as Colorado State Director of the Bureau of Land Management; and
**JAMIE L. CONNELL**, in her official capacity as Field Manager for the Glenwood Springs Field Office of the Bureau of Land Management;

    Defendants

and

**VANTAGE ENERGY PICEANCE LLC**,

    Intervenor.

## ORDER RE MOTION TO INTERVENE

Kane, J.

    Upon consideration of the Motion to Intervene (Doc. 6) filed by Vantage Energy Piceance LLC (Vantage) and Plaintiffs' objection thereto, I **GRANT** the Motion but agree with Plaintiffs that intervenors' participation should be limited in this appeal in the interest of the

efficient conduct of the proceedings. Accordingly, counsel for Defendants and counsel for intervenors must **CONFER** before filing any motion, responsive filing or brief to determine whether their positions may be set forth in a consolidated fashion. Intervenors may file separate motions, responsive filings or briefs only to raise arguments or issues Defendants decline to include in their filings. Any separate filings must include a Certificate of Compliance with the condition requiring intervenor to confer with counsel for Defendants before filing, and a statement that the issues raised are not adequately covered by Defendants' position.

Dated September 25, 2008.                                **s/John L. Kane**
                                                        SENIOR U.S. DISTRICT JUDGE