IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Courtroom Deputy:   LaDonne Bush                    Date: October 15, 2008
Court Reporter:     Paul Zuckerman

Civil Action No. 08-cv-01460-MSK-KLM

*Parties*                                          *Counsel*

COLORADO ENVIRONMENTAL COALITION,                  Michael Freeman
COLORADO MOUNTAIN CLUB,                             James Angell
COLORADO TROUT UNLIMITED,                           Michael Chiropolos
CENTER FOR NATIVE ECOSYSTEMS,                       Margaret Parish
ROCK THE EARTH,
NATURAL RESOURCES DEFENSE COUNSEL,
NATIONAL WILDLIFE FEDERATION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
WILDERNESS WORKSHOP,

            Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity          Ayako Sato
as Secretary of the Department of Interior,        Tyson Powell
BUREAU OF LAND MANAGEMENT,                          Lori Caramanian
SALLY WISELY, in her official capacity as
Colorado State Director of the Bureau of Land
Management, and
JAMIE L. CONNELL, in her official capacity
as Field Manager for the Glenwood Springs
Field Office of the Bureau of Land Management,

            Defendants,

and

VANTAGE ENERGY PICEANCE LLC,                        Laura Lindley
                                                    Rebecca Watson
            Intervenor.                             Robert Mathes

COURTROOM MINUTES

Law and Motion Hearing

9:58 a.m.        Court in session.

Court instructs counsel to review the ECF procedures for filing voluminous documents.

Court requests that counsel attempt to agree on an abbreviated record.

Court instructs counsel to submit critical documents in paper, as well as in a reference in the electronic docket in accordance with the ECF procedures, and also to submit the complete record by CD.  In the written records and on the CD, counsel shall include an index.  Court requests that documents be organized either chronologically or by agency so that they can be readily accessed for purposes of review.

Discussion regarding the briefs and briefing schedule.

10:14 a.m.       Court in recess.
10:47 a.m.       Court in session.

**ORDER:**      1.       The deadline for filing the initial part of the administrative record is November 7, 2008, to be completed by November 21, 2008.

2.       Plaintiffs' opening brief and any motion to supplement shall be filed by January 16, 2009.

3.       Defendants' response to the opening brief and any response to a motion to supplement shall be filed by February 23, 2009.

4.       Plaintiff's reply brief and any reply regarding the motion to supplement shall be filed by March 16, 2009.

5.       Ruling is deferred on OXY USA Inc.'s and Williams Production RMT Company's Joint Motion to Intervene (Doc. 25).

6.       Intervenors are bound by the same briefing schedule.  Consistent with Judge Kane's order, intervenors are required to certify that they have coordinated with the party with which they are aligned and that they are not submitting anything that is redundant or duplicative of what is being

2

submitted by that party.

7.    No extensions will be granted absent extraordinary circumstances.

Counsel may file a motion requesting oral argument.

Court instructs counsel to proceed to the courtroom of Magistrate Judge Mix to set a conference to address the matters set forth on the record.

10:58 a.m.    Court in recess.

Time: 00:27
Hearing concluded.