IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB,
COLORADO TROUT UNLIMITED,
CENTER FOR NATIVE ECOSYSTEMS,
ROCK THE EARTH,
NATURAL RESOURCES DEFENSE COUNSEL,
NATIONAL WILDLIFE FEDERATION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
WILDERNESS WORKSHOP,

       Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior,
BUREAU OF LAND MANAGEMENT,
SALLY WISELY, in her official capacity as Colorado State Director of the Bureau of land
    Management, and
JAMIE L. CONNELL, in her official capacity as Field Manager for the Glenwood Springs Field
    Office of the Bureau of Land Management,

       Defendants,

and

VANTAGE ENERGY PICEANCE, LLC;
OXY USA, INC.;
WILLIAMS PRODUCTION RMT;
ANTERO RESOURCES PICEANCE CORPORATION,

       Intervenor-Defendants.

## ORDER

THIS MATTER comes before the Court on the Joint Motion to Intervene **(#25)** and the

Unopposed Amended Motion to Intervene **(#44)** filed by OXY USA Inc. And Williams Production RMT Company[1], and the Unopposed Motion to Intervene **(#38)** filed by Antero Resource Piceance Corporation. Upon consideration, the Motions at **#44** and **#38** are **GRANTED**. The Motion at **#25** is MOOT. Accordingly, the Court agrees with the Plaintiffs that the intervenors' participation should be limited in this appeal in the interest of the efficient conduct of the proceedings. Accordingly, counsel for Defendants and counsel for intervenors must **CONFER** before filing any motion, responsive filing or brief to determine whether their positions may be set forth in a consolidated fashion. Intervenors may file separate motions, responsive filings or briefs only to raise arguments or issues Defendants decline to include in their filings. Any separate filings must include a Certificate of Compliance with the condition requiring intervenor to confer with counsel for Defendants before filing, and a statement that the issues raised are not adequately covered by Defendants' position.

DATED this 23rd day of October, 2008.

BY THE COURT:

*(signature)*

Marcia S. Krieger
United States District Judge

---

[1] The parties should revise their caption in future filings to reflect the correct case number.