**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: March 4, 2009 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-01460-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| COLORADO ENVIRONMENTAL COALITION, | James Angell |
| COLORADO MOUNTAIN CLUB, | Margaret Parish |
| COLORADO TROUT UNLIMITED, | Michael Chiropolos |
| CENTER FOR NATIVE ECOSYSTEMS, | Michael Freeman |
| ROCK THE EARTH, | |
| NATURAL RESOURCES DEFENSE COUNSEL, | |
| NATIONAL WILDLIFE FEDERATION, | |
| SIERRA CLUB, | |
| THE WILDERNESS SOCIETY, and | |
| WILDERNESS WORKSHOP, | |
| Plaintiffs, | |
| v. | |
| KENNETH SALAZAR[1], in his official capacity as Secretary of the Department of Interior, | Ayako Sato |
| BUREAU OF LAND MANAGEMENT, | |
| SALLY WISELY, in her official capacity as Colorado State Director of the Bureau of Land Management, and | |
| JAMIE L. CONNELL, in her official capacity as Field Manager for the Glenwood Springs Field Office of the Bureau of Land Management, | |
| Defendants. | |
| and | |
| VANTAGE ENERGY PICEANCE LLC, | Rebecca Watson |
| OXY USA, INC., | Robert Mathes |
| WILLIAMS PRODUCTION RMT, | Andrew Emrich |
| ANTERO RESOURCES PICEANCE CORPORATION, | Charles Breer |
| Intervenors | |

# COURTROOM MINUTES

HEARING: Law and Motion (62, 67, 68, 70, 79)

**9:08 a.m.     Court in session.**

Counsel appear as listed above. Tyson Powell, representative of Department of Justice is present.

The Court addresses substitution of the current Secretary of the Department of the Interior on the caption. No objections to do so.

**ORDER:** Kenneth Salazar will be substituted for Dirk Kempthorne in the official capacity as the secretary of the Department of the Interior.

The Court addresses plaintiff's Motion to Supplement the Administrative Record (**Doc. #62**).

**ORDER:** Plaintiff's Motion to Supplement the Administrative Record (**Doc. #62**) is **DENIED** as moot.

**The Court addresses the Motions at Doc. #67 and #68 and advises counsel they were docketed incorrectly and will be re-docketed by the Court to reflect the proper title of the filings.**

Statement by Ms. Sato. The parties believe they have reached a resolution on these motions and proposes a schedule that the parties have agreed to. Statements by all other counsel. The parties still want the Court to rule on the motions at Doc. #67 and #68 and agree that it can be done in conjunction with ruling on the merits of the case.

**ORDER:** Motion to Amend Briefing Schedule **(Doc. #79) is GRANTED**.

**ORDER:** As to Doc. #66 (Plaintiffs' Petition for Review of Agency Action), defendants will file a response by March 23, 2009, intervenors will file any supplement to that response by April 14, 2009 and the plaintiff will file any final reply by April 20, 2009. The case will be at issue on April 20, 2009. Docket No. 67 and 68 will be considered at the time of the consideration of the appeal on its merits. **No further extensions to the briefing schedule will be made.**

The parties have stipulated there will no surface disturb activities until July 1, 2009.

**ORDER:** Motion for Extension of Time (**Doc. #70**) is **DENIED as moot.**

**9:37 a.m.**     **Court in recess.**

**Total Time:**     **29 minutes.**
**Hearing concluded.**

---

1. Kenneth Salazar is substituted for Dirk Kempthorne as Secretary of the Department of the Interior.