IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB,
COLORADO TROUT UNLIMITED,
CENTER FOR NATIVE ECOSYSTEMS,
ROCK THE EARTH,
NATURAL RESOURCES DEFENSE COUNSEL,
NATIONAL WILDLIFE FEDERATION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
WILDERNESS WORKSHOP,

     Plaintiffs,

v.

KENNETH L. SALAZAR, in his official capacity as Secretary of the Department of Interior,
BUREAU OF LAND MANAGEMENT,
SALLY WISELY, in her official capacity as Colorado State Director of the Bureau of Land Management, and
JAMIE L. CONNELL, in her official capacity as Field Manager for the Glenwood Springs Field Office of the Bureau of Land Management,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Motion to Modify Order Dated September 2, 2009 (Docket No. 112)** [Docket No. 115; Filed September 18, 2009 (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Defendants shall appear in person for the Settlement Conference set for November 6, 2009 at 9:00 a.m. Counsel's supervisor shall appear as needed by telephone at the conference.  On the date and time of the conference the supervisor shall contact chambers at (303) 335-2770.

Dated:  September 22, 2009