IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB,
COLORADO TROUT UNLIMITED,
CENTER FOR NATIVE ECOSYSTEMS,
ROCK THE EARTH,
NATURAL RESOURCES DEFENSE COUNSEL,
NATIONAL WILDLIFE FEDERATION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
WILDERNESS WORKSHOP,

    Plaintiffs,

v.

KENNETH SALAZAR, in his official capacity as Secretary of the Department of Interior,
BUREAU OF LAND MANAGEMENT,
SALLY WISELY, in her official capacity as Colorado State Director of the Bureau of Land
    Management, and
JAMIE L. CONNELL, in her official capacity as Field Manager for the Glenwood Springs Field
    Office of the Bureau of Land Management,

    Defendants.
and

VANTAGE ENERGY PICEANCE LLC,
OXY USA, INC.,
WILLIAMS PRODUCTION RMT,
ANTERO RESOURCES PICEANCE CORPORATION,

    Intervenors
_____

## ORDER DEEMING MOTIONS SUBSUMED INTO BRIEFING
_____

**THIS MATTER** comes before the Court *sua sponte*.

The Court's electronic docketing system reflects that the Plaintiffs' Motion to Take

Judicial Notice of Public Documents **(# 67)** and the Defendants' Motion to Strike Plaintiffs' Extra-Record Materials **(# 68)** are pending as discrete motions. Resolution of these motions is inextricably tied into consideration of the parties' briefs as to the merits of this dispute and the Court intends to address the issues raised in those motions in to course of its consideration of the merits of this case.

Accordingly, for purposes of administrative clarity, the Motions **(# 67, 68)** are **DENIED** without prejudice as standalone motions. However, the Court will treat the parties' briefing with regard to these motions as supplements to the parties' briefs on the merits of the dispute here, and will address those issues accordingly in its ruling on the merits.

Dated this 29th day of September, 2009

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge.