IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB,
COLORADO TROUT UNLIMITED,
CENTER FOR NATIVE ECOSYSTEMS,
ROCK THE EARTH,
NATURAL RESOURCES DEFENSE COUNSEL,
NATIONAL WILDLIFE FEDERATION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
WILDERNESS WORKSHOP,

    Plaintiffs,

v.

KENNETH L. SALAZAR, in his official capacity as Secretary of the Department of Interior,
BUREAU OF LAND MANAGEMENT,
SALLY WISELY, in her official capacity as Colorado State Director of the Bureau of Land Management, and
JAMIE L. CONNELL, in her official capacity as Field Manager for the Glenwood Springs Field Office of the Bureau of Land Management,

    Defendants,

and

BILL BARRETT CORPORATION,
ANTERO RESOURCES PICEANCE,
OXY USA, INC., and
WILLIAMS PRODUCTION RMT COMPANY,

    Defendant-Intervenors.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify September 2, 2009 Order** [Docket No. 119; Filed October 14, 2009] and **Intervenor-Defendants Oxy's, Williams' and Antero's Unopposed Motion to Modify September**

**2, 2009 Order** [Docket No. 121; Filed October 14, 2009].  Both motions request that client representatives be allowed to appear by telephone at the Settlement Conference set for November 6, 2009 at 9:00 a.m.

      IT IS HEREBY **ORDERED** that the Motions [Docket No. 119 & Docket No. 121] are **DENIED.**  There are special circumstances in this case.  District Judge Marcia S. Krieger requested that I hold a settlement conference.  Thus, the parties and the Court should all put our best feet forward in attempting to settle the case.  It is the Court's philosophy that local parties should appear in person in order to facilitate settlement efforts.  The Court allowed the Defendants' client representative to appear by telephone because the party is located in Washington, DC.  Accordingly, client representatives with full settlement authority for the Plaintiffs and Defendant-Intervenors shall appear in person at the Settlement Conference.

Dated:  October 15, 2009