IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION,
COLORADO MOUNTAIN CLUB,
COLORADO TROUT UNLIMITED,
CENTER FOR NATIVE ECOSYSTEMS,
ROCK THE EARTH,
NATURAL RESOURCES DEFENSE COUNSEL,
NATIONAL WILDLIFE FEDERATION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
WILDERNESS WORKSHOP,

    Plaintiffs,

v.

KENNETH L. SALAZAR, in his official capacity as Secretary of the Department of Interior,
BUREAU OF LAND MANAGEMENT,
SALLY WISELY, in her official capacity as Colorado State Director of the Bureau of Land Management, and
JAMIE L. CONNELL, in her official capacity as Field Manager for the Glenwood Springs Field Office of the Bureau of Land Management,

    Defendants,

and

BILL BARRETT CORPORATION,
ANTERO RESOURCES PICEANCE,
OXY USA, INC., and
WILLIAMS PRODUCTION RMT COMPANY,

    Defendant-Intervenors.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Intervenor-Defendant OXY's Unopposed Motion to Clarify October 15, 2009 Order** [Docket No. 124; Filed October 22, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **DENIED**. An OXY, Inc. representative with full settlement authority shall appear in person at the Settlement Conference set for November 6, 2009 at 9:00 a.m.

Dated: October 23, 2009