IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION, et al.,

    Plaintiffs,

v.

KEN SALAZAR, in his official capacity as Secretary of the Department of Interior, et al.,

    Defendants, and

BILL BARRETT CORPORATION, et al.,

    Defendant-Intervenors.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Amend Case Caption** [Docket No. 206; Filed March 15, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of Court is instructed to amend the name of Plaintiff Center for Native Ecosystems on the docket to "Rocky Mountain Wild, *formerly known as Center for Native Ecosystems*."  The full case caption shall reflect the new name in all future filings.

    Dated:  March 19, 2012