IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01460-MSK-KLM

COLORADO ENVIRONMENTAL COALITION, et al.,

    Plaintiffs,

v.

KEN SALAZAR, in his official capacity as Secretary of the Department of Interior, et al.,

    Defendants, and

BILL BARRETT CORPORATION, et al.,

    Defendant-Intervenors.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Amend Case Caption** [Docket No. 214; Filed May 31, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#214] is **GRANTED**.  The Clerk of Court is instructed to amend the name of Intervenor Defendant Williams Production RMT Company on the docket to "WPX Energy Rocky Mountain, LLC."  The full case caption shall reflect the new name in all future filings.

    Dated:  June 19, 2012